HIRAM W. D. CROSS, PLAINTIFF IN ERROR, v. HOWARD W. HAYES, DEFENDANT IN ERROR

Error to the Supreme Court. For opinion of the Supreme Court, see *ante* p. 12.

For the plaintiff in error, *F. B. Allen* and *F. H. Pilch.*

For the defendant in error, *H. W. Hayes.*

PER CURIAM. The judgment is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, MAGIE, PARKER, REED, SCUDDER, CLEMENT, COLE, GREEN, KIRK, PATERSON, WHITAKER.   11.

*For reversal*—None.